**Motion DENIED and Order filed June 3, 2016.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-16-00433-CV
_____

## IN RE JOYCE M. HUTCHERSON, RUDOLPH J. PUSOK AND JIMMIE R. PUSOK, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1059926**

---

## ORDER

On May 31, 2016, relators Joyce M. Hutcherson, Rudolph J. Pusok and Jimmie R. Pusok, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Roberta Lloyd, Judge of the County Civil Court at Law No. 4, in Harris County, Texas, to vacate her order dated April 25, 2016, entered

in trial court number 1059926, styled *Harris County v. Joyce M. Hutcherson, et. al.* denying relators' motion to enforce a Rule 11 scheduling agreement. Relators requested the trial court to strike the "Second Amended Original Petition in Condemnation" filed on March 25, 2016, as untimely under the agreement. Relators claim the respondent abused her discretion by issuing this order and not striking the amended petition.

The court requests Harris County, the real party-in-interest, to file a response to the petition for writ of mandamus on or before June 17, 2016. *See* Tex. R. App. P. 52.4.

Relators' petition for writ of mandamus also includes a motion for temporary relief in which relators ask this court to stay proceedings in the trial court pending a decision on the petition. *See* Tex. R. App. P. 52.8(b), 52.10. We **DENY** relators' motion because relators have not shown that they sought a stay of the summary judgment proceeding or any other proceeding from the trial court and that the trial court denied such relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.